# EXHIBIT "D"

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CIVIL NO. 3:12-cv-03909-PGS-LHG
WRIT OF EXECUTION

TO THE MARSHAL OF THE UNITED STATE DISTRICT COURT, DISTRICT OF NEW JERSEY:

WHEREAS, judgment was entered on the **14th** day of **February**, 20 **13** in an action in the United States District Court, **District of New Jersey** between **IM, LLC-I, et al.** plaintiff(s) and **IL MULINO, LLC et al.** defendant(s) in favor of said **Plaintiffs** and against said **Defendants** for the sum of $ **100,000.00** and costs taxed in the sum of $ **0.00** as appears by the judgment filed in the Office of the Clerk of the United States District Court, District of New Jersey; **and**

WHEREAS, the said judgment was duly entered in the Office of the Clerk of the United States District Court, District of New Jersey, and the sum of $ **100,000.00** plus taxed costs in the sum of $ **0.00** is now actually due thereon;

THEREFORE, you are hereby commanded to satisfy the said judgment out of the personal property of the said judgment debtor, as set forth in the attached affidavit, and if sufficient personal property cannot be found, then out of the real property belonging to such judgment debtor at the time said judgment was entered in the Office of the Clerk of this Court, or at any time thereafter, in whosoever hands the same may be, as set forth in the attached affidavit and that you do pay the moneys realized by you from such property directly to said **Plaintiffs** or to their attorney in the said action, and return this execution and your proceedings thereon within one (1) year after date of its issuance to the Clerk of the United States District Court, District of New Jersey.

WE FURTHER COMMAND YOU, that in case of a sale, you make return of this writ with your proceedings thereon before said Clerk and pay to the Clerk of this Court any surplus in your hands within thirty (30) days after said sale.

WITNESS, the Honorable *Peter G. Sheridan*, a Judge of the United States District Court, District of New Jersey this *29* day of *April*, 20 *13*.

William T. Walsh, Clerk
United States District Court

by: *[signature]*
Deputy Clerk

Prepared By:
Raymond J. Went, Jr., Esquire
Attorney at Law

Address: Hankin, Sandman & Palladino
30 South New York Ave.
Atlantic City, NJ 08401

LEVY:
Damages..........$ _____
Costs..........$ _____
Interest thereon from
_____

Besides Marshal's Execution Fees

CIVIL NO. **3:12-cv-03909-PGS-LHG**
Writ of Execution

COUNTY OF **ATLANTIC** :
STATE OF **NEW JERSEY** : **AFFIDAVIT**

**RAYMOND J. WENT, JR., ESQUIRE** being duly sworn, says:

1. I am the attorney for judgment creditor in the matter of **IM, LLC-I, et al.** vs. **IL MULINO, LLC, et al.** Civil Action No. **3:12-cv-03909-PGS-LHG** ; and in that capacity and in conformance with N.J.S. 2A:17-1, et. seq., as made applicable to this case by Rule 69(a), Fed. R. Civ. P., I have caused to be conducted an examination of the assets of judgment debtor **IL MULINO, LLC a/k/a IL MONELLO, LLC and MARTINO MALSORI a/k/a RAM M. HASANGJEKAJ**

2. I have determined the following non-exempt personal property of the judgment debtor is subject to execution in satisfaction of the judgment therein:

| PROPERTY DESCRIPTION | PROPERTY LOCATION |
|---|---|
| See attached Schedule "A" | IL Monello Restaurant |
| | 89 Main Street, Peapack, NJ 07934 |

3. I have determined the following non-exempt real property of the judgment debtor is subject to execution in satisfaction of the judgment therein:

| PROPERTY DESCRIPTION | PROPERTY LOCATION |
|---|---|
| | |

(Signature)

Subscribed and Sworn before me this
_____ day of _April_____, 20 13
_Clementina_ B. _Giacinto_
CLEMENTINA B. GIACINTO
Notary Public of New Jersey
Notary of __New Jersey__  My Commission Expires 12/04/2016
My Commission Expires _____

RETURNABLE ON OR BEFORE
4/29/13

Recorded in the Clerk's Office of the United States District Court for the District of New Jersey
in Book __T13__ of Executions, Page __18__.   **WILLIAM T. WALSH**

William T. Walsh, Clerk
by: _Betty_____
Deputy Clerk

## SCHEDULE "A"

Cash
Cash/Credit Receipts
Furniture (tables, chairs, stools, etc.)
Linens (table cloths, napkins)
Cutlery
Dishes
Glassware
Kitchen Equipment
Non-perishable food goods
Accounts Receivable
Such other goods and chattel as may be on site and removable

**THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**