**EXHIBIT "I"**

# HANKIN SANDMAN & PALLADINO
COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION
30 SOUTH NEW YORK AVENUE
ATLANTIC CITY, NJ 08401

STEPHEN HANKIN
Member of New Jersey
and District of Columbia Bars

ROBERT S. SANDMAN
Certified Civil Trial Attorney
Member of the New Jersey
and Pennsylvania Bars

JOHN F. PALLADINO
Member of the New Jersey Bar

AMY R. WEINTROB
Member of the New Jersey and
Florida Bars

RAYMOND J. WENT, JR.
Member of the New Jersey and
Pennsylvania Bars

COLIN G. BELL
Member of the New Jersey Bar

DIANA R. ZAMANI
Member of the New Jersey Bar

EVAN M. LABOV
Member of the New Jersey and
Pennsylvania Bars

TELEPHONE NUMBER
(609) 344-5161

TELECOPY NUMBER
(609) 344-7913

September 4, 2013

Cape May Court House Office:
18 N. Main Street
Cape May Court House, NJ 08210
(609) 465-5557

E-MAIL: rayw@hankinsandman.com

Our File Number 13822H

PLEASE RESPOND TO THE
ATLANTIC CITY OFFICE

**Via Regular Mail and Telefax (732) 636-2171**

Spencer Robbins, Esquire
Robbins & Robbins
568 Amboy Avenue, Box 429
Woodbridge, NJ 07095

RE:   **IM, LLC-I and Il Mulino USA, LLC v. Il Mulino, LLC (of Peapack, N.J.) et al.**
       Case No.:   3:12-CV-03909-PGS-LHG

Dear Mr. Robbins:

On June 27, 2013, I advised you that my firm is seeking Mr. Malsori's answers to Individual and Corporate Asset Interrogatories as well as Mr. Malsori's deposition regarding same. To date, I have not received the answers to interrogatories or a proposed date for the deposition. Please be advised that if I do not receive the outstanding post-judgment discovery by **Friday, September 13, 2013**, I will be forced to file a Motion to enforce litigants' rights. Thank you for your attention to this matter.

Very truly yours,
HANKIN, SANDMAN & PALLADINO

RAYMOND J. WENT, JR., ESQUIRE

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE**

\* \* \* Communication Result Report ( Sep. 4. 2013 1:42PM ) \* \* \*

1)
2)

Date/Time: Sep. 4. 2013 1:41PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 2413 | Memory TX | 97326362171 | P. 2 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection
E. 6) Destination does not support IP-Fax

---

**HANKIN SANDMAN & PALLADINO**
COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION
30 SOUTH NEW YORK AVENUE
ATLANTIC CITY, NJ 08401

STEPHEN HANKIN
Member of New Jersey
and District of Columbia Bars

ROBERT S. SANDMAN
Certified Civil Trial Attorney
Member of the New Jersey
and Pennsylvania Bars

JOHN F. PALLADINO
Member of the New Jersey Bar

AMY R. WEINTROB
Member of the New Jersey and
Florida Bars

RAYMOND J. WENT, JR.
Member of the New Jersey and
Pennsylvania Bars

COLIN G. BELL
Member of the New Jersey Bar

DIANA R. ZAIMAN
Member of the New Jersey Bar

EVAN M. LABOV
Member of the New Jersey and
Pennsylvania Bars

TELEPHONE NUMBER
(609) 344-5161

TELECOPY NUMBER
(609) 344-7813

Cape May Court House Office:
18 N. Main Street
Cape May Court House, NJ 08210
(609) 465-6557

File No: 15622

PLEASE RESPOND TO THE
ATLANTIC CITY OFFICE

**TELECOPIER COVER SHEET**

*The information contained in this facsimile is attorney privileged and confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the United States Postal Service. We will reimburse you the cost of doing so.*

Thank you.

DATE SENT: September 4, 2013

FROM: Raymond J. Went, Jr., Esquire

REGARDING: IM, LLC-I and Il Mulino USA, LLC v. Il Mulino, LLC
(of Peapack, N.J.) et al.
Case No.: 3:12-CV-03909-PGS-LHG

COMMENTS: Please see attached correspondence.

| Name(s) | Fax Number(s) | Main Number(s) |
|---|---|---|
| Spencer Robbins, Esquire | (732) 636-2171 | |
| | | |

NUMBER OF PAGES TRANSMITTED: 2 (INCLUDING THIS COVER SHEET)
IF YOU DO NOT RECEIVE THE NUMBER OF PAGES ABOVE, PLEASE CALL
(609) 344-5161 AND ASK FOR: Ray Went