# EXHIBIT "J"

# HANKIN SANDMAN & PALLADINO
COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION
30 SOUTH NEW YORK AVENUE
ATLANTIC CITY, NJ 08401

STEPHEN HANKIN
Member of New Jersey
and District of Columbia Bars

ROBERT S. SANDMAN
Certified Civil Trial Attorney
Member of the New Jersey
and Pennsylvania Bars

JOHN F. PALLADINO
Member of the New Jersey Bar

AMY R. WEINTROB
Member of the New Jersey and
Florida Bars

RAYMOND J. WENT, JR.
Member of the New Jersey and
Pennsylvania Bars

COLIN G. BELL
Member of the New Jersey Bar

DIANA R. ZAMANI
Member of the New Jersey Bar

EVAN M. LABOV
Member of the New Jersey and
Pennsylvania Bars

TELEPHONE NUMBER
(609) 344-5161

TELECOPY NUMBER
(609) 344-7913

October 3, 2013

Cape May Court House Office:
18 N. Main Street
Cape May Court House, NJ 08210
(609) 465-5557

E-MAIL: rayw@hankinsandman.com

Our File Number 13822H

PLEASE RESPOND TO THE
ATLANTIC CITY OFFICE

*via facsimile #(732) 636-2171 and regular mail*
Spencer Robbins, Esquire
Robbins & Robbins
568 Amboy Avenue, Box 429
Woodbridge, NJ 07095

RE:   IM, LLC-I and Il Mulino USA, LLC v. Il Mulino, LLC (of Peapack, N.J.) et al.
      Case No.:   3:12-CV-03909-PGS-LHG

Dear Mr. Robbins:

Over the past month, I have called your office at least four (4) times with respect to the above mentioned matter. In my last phone call on October 2, 2013, I specifically instructed your receptionist to ask you to call me and confirm whether you are still representing Martino Malsori a/k/a Ram M. Hasangjekaj and/or his corporate entities in this matter. You have failed to respond to any of my phone calls. Please confirm whether you are representing Mr. Malsori and/or his corporate entities at this time. If you fail to do so within three (3) business days of the date of this letter, I will be filing a Motion to Enforce Litigants' Rights and sending it directly to Mr. Malsori as you have not entered an appearance in that matter and have not confirmed whether you are representing the Defendants at this time. Thank you for your attention to this matter.

Very truly yours,
HANKIN, SANDMAN & PALLADINO

RAYMOND J. WENT, JR., ESQUIRE
RJW/tbg