**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| IM LLC-I and IL MULINO USA, LLC | 3:12-cv-03909-PGS-LHG |
| DEFENDANT | TYPE OF PROCESS |
| IL MULINO, LLC a/k/a Il Monello, LLC and MARTINO MALSORI a/k/a Ram. M. Hasar | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
IL MULINO, LLC a/k/a Il Monello, LLC and MARTINO MALSORI a/k/a Ram. M. Hasangjekaj
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
98 Main Street, Peapack, NJ 07934

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Raymond J. Went, Jr., Esquire
HANKIN SANDMAN & PALLADINO
30 South New York Avenue
Atlantic City, NJ 08401

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Telephone Number: (908) 470-0005
Business Hours: Serves lunch and dinner Mondays through Saturdays (possibly Sundays)
Alternate Address: 28 Moonachie Road, Moonachie, NJ 07074 (residential premises)

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 609-344-5161
DATE: 4/26/13

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 58 | No. | C. Roberts | 5/8-13 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
X Ram Hasangjekaj

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 3/28/14    Time: 3:30 pm

Signature of U.S. Marshal or Deputy: Michael Rotolo

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65. | 7lm x $.65 = $40.15 | | | | $0.00 |

REMARKS:
34 Mile R/Trip 68 Miles

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80