```
                 UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW JERSEY
                     Minute of Proceeding

OFFICE: TRENTON
JUDGE PETER G. SHERIDAN             Date: November 3, 2014
Court Reporter Frank Gable
TITLE OF CASE:                      CIVIL 12-3909 (PGS)
IM LLC-I, et al

     vs.

IL MULINO, LLC, et al

APPEARANCES:
Colin Geoffrey Bell and Raymond James Went, Jr., Esqs., for
Plaintiffs

Brian W. Fahey, and Spencer B. Robbins, Esqs., for Defendants

NATURE OF PROCEEDINGS:

Telephone Status Conference held.

TIME COMMENCED: 12:00 p.m.
TIME ADJOURNED: 12:15 p.m.          s/Dolores J. Hicks
TOTAL TIME:      0:15                  Deputy Clerk
```